UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE MILLIE S. CRAYTON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Case No. 24-05142 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |

**<u>MEMORANDUM OPINION</u>**

This matter comes to be heard on the Debtor's objection to the amended claim filed by the Chicago Post Office Employees Credit Union (Credit Union).  The original claim was filed on May 22, 2025, nearly one year after the June 18, 2024 bar date for non-governmental creditors. The Debtor objects to the allowance of the late-filed claim.  The Credit Union argues that it did not have proper notice of the petition date and the bar-date and therefore its claim should be allowed.  The court reviewed the response filed to the objection and heard the arguments of counsel.  The matter has now been taken under advisement, and the court holds that the Credit Union received actual and effective notice, and its claim is barred under 11 U.S.C. § 503(b)(9), as explained below.

**Factual Background**

On March 20, 2018, Eric Gibbs, Credit Manager of the Credit Union, submitted a signed EBN Noticing Agreement to Electronic Bankruptcy Noticing Customer Service requesting that future bankruptcy notices be sent electronically from the Bankruptcy Noticing Center (BNC) to the Credit Union at collections@cpoecu.com.  On March 22, 2018, Eric Gibbs received an email from Electronic Bankruptcy Notice (EBN) confirming that the Credit Union requested the free noticing service and thanking it for agreeing to receive notices electronically.  The Notice required

that the Credit Union reply to make sure that the agreement would be activated.[1]  A copy of the EBN Noticing Agreement this court received after request from BNC is attached to this Memorandum.

On April 9, 2024, the Debtor filed a chapter 13 petition.  The creditor matrix,  also filed on April 9th, listed the Credit Union as a creditor. Its name appeared as follows:

Chgo Po ECU
10025 S. Western
Chicago, IL 60643

(Dkt. 1, page 46).  Notice was provided to creditors listed on the creditor matrix on April 10, 2024, and the Proof of Service filed by the BNC states that the Credit Union received it via email at collections@cpoecu.com. (Dkt. 8).  The Notice listed June 18, 2024 as the deadline to  file a claim and other general information about the meeting of creditors and the deadline to file a complaint to determine whether a claim was nondischargeable.  If the email to the creditor "bounces back" because it cannot be delivered, the BNC reports that on the docket.  No docket entry was filed in this case, indicating that the email notifications were all successfully sent to those creditors requesting electronic notice.

On May 2, 2025, nearly one year after the June 18, 2024 bar date, the Credit Union filed its claim.[2]  In August 2025, the Debtor objected to the Credit Union's claim arguing it was not

---

[1] The EBN Agreement, a copy of which was requested by this court from the BNC is attached to this Opinion. When a debtor lists a creditor who has agreed to electronic notice, BNC matches the name with the requested email and notice is emailed to the creditor.  In this case, the notice was electronically transmitted within 24 hours to the Credit Union on April 10, 2024.

[2] Although it is not entirely clear to the court, during the arguments of counsel, the Credit Union's lawyer stated that he contacted the Debtor's lawyer in the Spring of 2025 asking him to file the proof of claim for the Credit Union. Apparently, the Debtor's lawyer was willing to do so, under the belief that the Credit Union had not received notice of the case.  Once the Debtor's lawyer reviewed the docket and saw that the Credit Union had received timely notice on April 10, 2024, he did not file the claim for the Credit Union.  Apparently several weeks later, the lawyer for the Credit Union filed the May 2, 2025 claim.

timely filed.  The Credit Union insists it did not receive notice because the name on the notice from the BNC lists its name as "Chgo Po ECU."

## Discussion

### A. Notice was reasonable.

Federal Rule of Bankruptcy Procedure 2002(g) requires  notice  to be addressed as the entity or its authorized agent provided in its last request filed in the case.  Section 342 of the Bankruptcy Code provides little guidance "as to what is the proper address of a creditor, [but] it is clear that such an address must provide the creditor reasonable notice of the bankruptcy proceeding." *In re Glenwood Med.Grp., Ltd.,* 211 B.R. 282, 285 (Bankr. N.D. Ill. 1997).  Notice must be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent.Hanover Bankr & Tr. Co.,* 399 U.S. 306, 314 (1950).  Courts "must look at the totality of the circumstances in determining whether notice was reasonable.  What constitutes 'reasonable notice' . . . varies according to the knowledge of the parties." *In re O'Shaughnessy,* 252 B.R. 722, 729-30 (Bankr.N.D. Ill. 2000).  Creditors receive "adequate notice of a bar date if the means chosen to deliver notice is reasonable." *In re marchFirst, Inc.* 345 B.R. 866, 869 (Bankr. N.D. Ill. 2006).

Federal Rule of Bankruptcy Procedure 9036 allows creditors to register to participate in the court's electronic-notice system by registering with the BNC.  Once a creditor has registered with the BNC, the clerk must use that electronic address. Fed. R. Bankr. P.  9036(2)(A).  The Credit Union registered its email address—collections@cpoecu.com—with the BNC in 2018.  Since that date, notice was required to be delivered to the registered email address.

In this case, notice was provided to the registered email and was reasonable.  The Credit Union argues that because the name used on the notice was  "Chgo Po Ecu," it would not have

3

recognized it.  This is implausible.  The Debtor's name was on the notice form, and the notice form was sent to the correct email address.  "Chgo" is a common abbreviation of "Chicago."  The rest of the name clearly indicates "Post Office" and "Employee Credit Union" and is  similar to the actual registered email address—"cpoecu."  The notice was properly addressed, sent to the Credit Union's registered email address, and came directly from the BNC.

**B.  Courts must disallow a late filed proof of claim.**

Rule 3002 requires creditors to file a proof claim within 70 days of the petition date. Fed. R. Bankr. R. 3002(c).  "[A]ll creditors . . . are bound by the Rule 3002(c) deadline . . . and a court must disallow the claim if the creditor's proof of claim is not timely filed." *In re Pajian*, 785 F.3d 1161, 1163-64 (7th Cir. 2015).  Once the notice arrived at the requested email address, the Credit Union was responsible for filing its proof of claim. Fed. R. Bankr. P. 3002 advisory committee's note (2017) ("a creditor . . . must file a proof of claim in order to have an allowed claim."); and *see Matter of Chicago, Rock Island & Pac. R. Co.*, 788 F.2d 1280, 1283 (7th Cir. 1986) (finding that creditor should have filed a claim after receiving notice, and it "was not [Trustee's] duty . . . to urge [Creditor] to sue [Debtor]." Failure to timely file a  proof of claim due to its own mishandling of the notice bars the Credit Union's claim.  The Debtor's objection is sustained.

## Conclusion

Because the Credit Union received proper notice and failed to timely file a proof of claim, the Debtor's objection is sustained.  The Credit Union's claim is not allowed.

Dated: 11/17/2025

_____
Honorable Deborah L. Thorne
United States Bankruptcy Judge

4

ATTACHMENT TO MEMORADUM OPINION

TP Name: CHICAGO POST OFFICE EMPLOYEES CREDIT UNION
TP Number: 96294

| Date Requested | EDI | EMAIL | TEXT | FAX | Name Matching | Zip Verify | Test of Fax/Email? | Third Party EAO |
|---|---|---|---|---|---|---|---|---|
| 3/20/2018 | | | X | | X | | ☐ | ☐ |

Notes:         National
Date:_3/20/2018_Authoried:  AB

96294

## United States Bankruptcy Courts
### Electronic Bankruptcy Noticing Agreement
### To initiate Electronic Bankruptcy Noticing via E-mail

Complete this agreement to receive your bankruptcy notices via e-mail.

CHICAGO POST OFFICE EMPLOYEES CREDIT UNION

Name of Subscriber: _____

### All U.S. Bankruptcy Courts

The courts referred to above are requested to transmit bankruptcy notices electronically through the Bankruptcy Noticing Center (BNC) Electronic Bankruptcy Noticing (EBN) program pursuant to Federal Rule of Bankruptcy Procedure 9036.

This Agreement is provided by the U.S. Bankruptcy Courts and may not be altered or changed in any manner. If you, or your organization, wish to receive bankruptcy notices from the courts electronically instead of through the U.S. mail, complete this Agreement indicating your consent to notice by e-mail.

**Advantages of Notification through E-mail:** Recipients are able to retrieve their notices through a hyperlink by e-mail. Receiving the notices by e-mail ensures that the size of e-mails are small and will not clutter in-boxes. E-mail allows a subscriber to receive notices days faster than the current postal service delivery time. Notices are sent electronically the same day the court produces them. Notices normally sent to all your branch locations can be sent to one e-mail address. E-mailed notices are easy to forward to people. Additionally, e-mailed notices stored on your computer are easier to find when you need them.

**Email Enhanced by Extensible Mark-Up Language (XML):** E-mail recipients can access and process case data elements from each PDF notice file through XML. This provides two great advantages, as the subscriber can retrieve variable data elements from the PDF notice for easy processing but still have the PDF image for archives/records retention.

### How the Program Works:

<u>Redundant Mode</u>. Entities that complete and return this form to the BNC will have EBN service initiated in approximately two weeks. During the first 30 days of EBN service, the BNC will send the notice electronically and by U.S. mail to allow you to confirm the process is working properly. This initial 30-day period is called "redundant mode," and it begins from the date the BNC sets up your service, not the date of your first EBN notice. Upon expiration of redundant mode, all future notices processed by the BNC for the courts will only be sent electronically without further notice.

<u>Name Matching</u>. The BNC software will attempt to match the name and address provided on this form to the address included in the court's notice instructions. In most cases, the addresses in the court's computer files are provided by the debtor. The BNC software will attempt to match the name (without punctuation) and address and send the notice electronically. If the recipient name and address in the court's notice instructions do not match the name and address on this form, the BNC will mail the notice. If applicable, submit additional names and addresses that debtors designate for you or your organization to the BNC. **You must notify the BNC if your e-mail address, names, and mailing addresses used for electronic noticing change.**

Either party may terminate this Agreement without cause by giving the other party written notice.

**NOTE: The BNC does not process all the notices you may receive in a case. Notices generated by trustees, attorneys, debtors, and some court-generated notices or orders will continue to be mailed to your address specified in the court record.**

RECEIVED

MAR 20 2018

Initial:_____

BNC # 267652                                    Page 1

## EBN NOTICING AGREEMENT:  INTERNET E-MAIL TEXT

| 1. CONTACT INFORMATION | |
|---|---|
| Name | ERIC GIBBS |
| Entity Name | CHICAGO POST OFFICE EMPLOYEES CREDIT UNION |
| Address Line 1 | 10025 S. WESTERN AVE |
| Address Line 2 | |
| City, State, Zip Code | CHICAGO, IL 60643 |
| Phone No | 773-881-2500 |
| Contact E-mail Address. | egibbs@cpoecu.com |
| | |

| 2. Subscriber Information | Notices are delivered to addresses based on the court's case records. Enter subscriber name and address EXACTLY as they appear on current notices. |
|---|---|
| Name | |
| Entity Name | CHICAGO POST OFFICE EMPLOYEES CREDIT UNION |
| Address Line 1 | 10025 S. WESTERN AVE |
| Address Line 2 | |
| City, State, Zip Code | CHICAGO, IL 60643 |
| Phone | 773-881-2500 |
| E-mail Address to Receive Notices | collections@cpoecu.com |
| | |

| 3. E-MAIL OPTIONS (CHECK ONE) | |
|---|---|
| X | One e-mail with one text link to multiple notices. |
| | One e-mail with multiple text links.  Each link contains one notice. |
| | One e-mail with one text link to one notice |

## EBN NOTICING AGREEMENT: E-MAIL (CONTINUED)

**4. NAME AND ADDRESS VARIATIONS** - Provide names and addresses EXACTLY as they appear on notices you currently receive from the bankruptcy courts as well as any spelling variations. The following information will only be used by the BNC to set up your account for the name and address matching process. If you need more space, attach additional names and addresses for which you receive bankruptcy notices.

**Names:**

| | |
|---|---|
| CPOECU | CHICAGO POST OFFICE ECU |
| CHICAGO POSTAL CREDIT UNION | CHICAGO POST OFFICE EMPLOYEES CREDIT UNION |
| CHICAGO POST OFFICE EMPLOYEES CU | CHICAGO POSTAL EMPLOYEES CREDIT UNION |
| CHICAGO POST OFFICE EMPLOYEE CREDIT UNION | CHICAGO POST OFFICE EMPLOYEE CU |
| CHICAGO POSTAL EMPLOYEE CREDIT UNION | |

**Addresses:**

| | |
|---|---|
| 10025 S. WESTERN AVE<br>CHICAGO, IL 60643 | 10027 S. WESTERN AVE<br>CHICAGO, IL 60643 |
| 433 W. HARRISON 2ND FL<br>CHICAGO, IL 60699 | |

BNC # 267652

## EBN NOTICING AGREEMENT: E-MAIL (CONTINUED)

### 5. AUTHORIZATION

**To be completed if subscriber is a public or private entity:**

*I, the undersigned, am a representative of the above named entity, and I am authorized to enter into this agreement on behalf of the named entity. Bankruptcy notices for the above named entity, and any attached entity names (spelling variations) and addresses, should be directed to the named entity. The information submitted on this form is true and correct. Neither the BNC nor the court bears any liability for errors resulting from the information submitted herein or from future amendments to this information.*

| | |
|---|---|
| Name of Authorized Representative (printed): | ERIC GIBBS |
| Signature: | *En. Y. M* |
| Job Title: | Credit Manager |
| Entity: | Chicago Post Office Employees Credit Union |
| Date: | 3/20/2018 |

**To be completed if subscriber is an individual:**

*Bankruptcy notices for my name and addresses provided above, and any attached spelling variations, should be directed to my e-mail address above. The information submitted on this form is true and correct. Neither the BNC nor the court bears any liability for errors resulting from the information submitted herein or from future amendments to this information.*

| | |
|---|---|
| Name: | |
| Signature: | |
| Date: | |

E-mail, mail, or fax the signed form to the BNC at:

> BAE SYSTEMS - Attention BNC Dept.
> 45479 Holiday Drive
> Sterling, VA 20166-9411
> E-mail: ebn@baesystems.com
> Fax: (571) 392-9103

For additional information, go to the EBN web page at ebn.uscourts.gov or call the toll-free help line at 1-877-837-3424.

**(revised 9/9/2015)**

BNC # 267652                                    Page 4

## Robinson, Alfredia I (US)

| | |
|---|---|
| **From:** | collections@cpoecu.com |
| **Sent:** | Thursday, March 22, 2018 11:09 AM |
| **To:** | EBN (US) |
| **Subject:** | RE: **IMMEDIATE ACTION REQUIRED FOR ELECTRONIC BANKRUPTCY NOTICING** TP 96294 |

---

**\*\*\* WARNING \*\*\***
EXTERNAL EMAIL -- This message originates from outside our organization.

---

Thanks for signing us up for EBN.

-----Original Message-----
From: "EBN (US)" <ebn@baesystems.com>
Sent: Thursday, March 22, 2018 10:22am
To: "collections@cpoecu.com" <collections@cpoecu.com>, "egibbs@cpoecu.com" <egibbs@cpoecu.com>
Cc: "EBN (US)" <ebn@baesystems.com>
Subject: **IMMEDIATE ACTION REQUIRED FOR ELECTRONIC BANKRUPTCY NOTICING** TP 96294

Hello Eric,

Please confirm your request to sign up for this **free service** by replying to this email.

Thank you,

Electronic Bankruptcy Noticing Customer Service- AB
1-877-837-3424
ebn@baesystems.com

Thank you for signing up to receive bankruptcy notices electronically from the Bankruptcy Noticing Center (BNC).

This email is being sent to you to confirm that you did sign up for this service. In doing so it also allows the BNC to send out a test email validating your email address.

You **"must"** reply back to this email in order for the BNC to ensure your agreement is activated.
The BNC would appreciate learning how you found out about the Electronic Bankruptcy Noticing Service.

This is your Trading Partner (TP) information.
TP Number: 96294
TP Name: CHICAGO POST OFFICE EMPLOYEES CREDIT UNION
Email address to receive notices: collections@cpoecu.com

Please note: you may view your bankruptcy notice(s) **once** free of charge. Please make sure you download and save a copy of the document(s) during your initial viewing. Notices must be downloaded within 30 days.

The BNC would like to thank you for choosing to "Go Green". AB